# Order

Michigan Supreme Court
Lansing, Michigan

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149073(75)(76)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

RAHIM OMARKHAN LOCKRIDGE,
　　　　Defendant-Appellant.
_____/

SC: 149073
COA: 310649
Oakland CC: 2011-238930-FC

On order of the Chief Justice, the motion of the Wayne County Prosecutor's Office to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief submitted on December 12, 2014, is accepted for filing. On further order of the Chief Justice, the motion of the Wayne County Prosecutor's Office to participate in oral argument by sharing ten minutes of the Oakland County Prosecutor's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014


_____　_____